**UNITED STATES of America**
**Plaintiff—Appellee,**

v.

**Michael Ben WITOSZYNSKI**
**Defendant—Appellant.**

**No. 00–1467.**

United States Court of Appeals,
Sixth Circuit.

Jan. 31, 2002.

Before GUY and CLAY, Circuit Judges, NUGENT, District Judge.*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, AFFIRMED for reasons as stated from the bench.

---

* The Honorable Donald C. Nugent, United States District Judge for the Northern District of Ohio, sitting by designation.